AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:23-mj-00175 |
| | ) | Assigned to: Judge Meriweather, Robin M. |
| Michael St. Pierre | ) | Assign Date: 7/20/2023 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. §§ 1361 and 2- Willfully injure or depredate any property of the United States or aid and abet, counsel, command, induce or procure the same;
18 U.S.C. § 1752(a)(1) - Knowingly Enter or Remain in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions;
18 U.S.C. § 1752(a)(4) -Knowingly engage in any act of physical violence against any person or property in any restricted building or grounds or attempts or conspires to do so;
40 U.S.C. § 5104(e)(2)(F)- Willfully and knowingly engage in an act of physical violence on the grounds, or within, any of the Capitol Buildings;
18 U.S.C. 231(a)(3)- Commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Thomas M. Dalton_

_____
*Complainant's signature*

Thomas Dalton , Officer
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____07/20/2023_____          _____
                                                                    *Judge's signature*

City and state: _____Washington, D.C._____          Robin M. Meriweather, U.S. Magistrate Judge
                                                                                     *Printed name and title*