AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael St. Pierre<br><br>Defendant | Case: 1:23-mj-00175<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 7/20/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Michael St. Pierre_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1361 and 2- Willfully injure or depredate any property of the United States or aid and abet, counsel, command, induce or procure the same;
18 U.S.C. § 1752(a)(1) - Knowingly Enter or Remain in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions;
18 U.S.C. § 1752(a)(4) -Knowingly engage in any act of physical violence against any person or property in any restricted building or grounds or attempts or conspires to do so;
40 U.S.C. § 5104(e)(2)(F)- Willfully and knowingly engage in an act of physical violence on the grounds, or within, any of the Capitol Buildings;
18 U.S.C. 231(a)(3)- Commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

Date: 07/20/2023

*Issuing officer's signature*
2023.07.20 11:55:34 -04'00'

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 7-20-2023 and the person was arrested on (date) 7-27-2023
at (city and state) FALL RIVER, MA.

Date: 7-27-2023

Thomas M Dalton
*Arresting officer's signature*

THOMAS M. DALTON / FBI SA
*Printed name and title*