UNITED STATES DISTRICT COURT

DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MAGISTRATE NO. 23-00175-RMM |
| | ) | |
| MICHAEL ST. PIERRE | ) | |

NOTICE OF APPEARANCE

Assistant Federal Defender Timothy G. Watkins, of the Federal Defender Office for the District of Massachusetts, hereby files his appearance as attorney on behalf of Michael St. Pierre, the defendant in the above-entitled matter.

        MICHAEL ST. PIERRE
        By his attorney,


        /s/ Timothy Watkins
        Timothy Watkins
        Federal Defender Office
        51 Sleeper St., Third Floor
        Boston, MA  02210
        (617) 223-8061


CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 27, 2023.

        /s/ Timothy G. Watkins
        Timothy G. Watkins